No. 96–6450. LANCASTER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6481. GILLIAM *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6580. LEWIS LANG *v.* REYNOLDS ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–6585. TRAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6609. WHITFIELD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6620. DALAL *v.* KAISER PERMANENTE ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6638. WITTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6646. MOSKOVITS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6651. BOYLE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6670. WILLIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6753. O'STEEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6761. HART/CROSS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6775. MCALISTER *v.* CITY OF WHEAT RIDGE. Dist. Ct. Colo., Jefferson County. Certiorari denied.

No. 96–6796. COLVIN *v.* MARYLAND. Cir. Ct. Anne Arundel County, Md. Certiorari denied.

No. 96–6826. ENGLAND *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6848. SIMMONS ET UX. *v.* CITY OF VACAVILLE ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.